

George Latimer
County Executive

Office of the County Attorney

John M. Nonna
County Attorney

> Application granted. Motion due 6/12/20; opposition due 7/10/20, reply due 7/23/20.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> May 19, 2020

**(VIA ECF)**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

### Re: Basile v. Sherry Wiggs, et al., 19-cv-7266 (PMH)

Dear Judge Halpern:

I represent the Defendant Westchester County (hereinafter "County") in the above-referenced action. A pre-motion telephone conference was conducted in this matter on April 14, 2020. Pursuant to the briefing schedule set during that conference, the deadline for the Defendant County to submit its motion papers is May 22, 2020; Plaintiff's opposition is due June 19, 2020; Defendant's reply is due July 2, 2020.

My father has just passed way. I respectfully request a three-week extension of time to submit the County's motion papers and that all subsequent deadlines be extended similarly. Thus, the new briefing schedule will be as follows: County's motion papers due June 12, 2020; Plaintiff's opposition due July 10, 2020; and County's reply due July 23, 2020. This is the County's first request for an extension. Plaintiff's counsel consents to the request.

I thank you in advance for your consideration of this matter, and should your staff need to contact me, I can be reached at (914) 995-3637.

Respectfully submitted,

*Loren Zeitler*

Loren Zeitler
Senior Assistant County Attorney

cc: All attorneys of record (**via ECF**)