UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTOPHER BASILE,

                Plaintiff,

v.

SHERRY WIGGS, WESTCHESTER COUNTY, (OFFICE OF CHILD SUPPORT ENFORCEMENT), and JOHN DOE (a fictitious designation for a defendant to be identified),

                Defendants.
-----------------------------------------------------------X

**ORDER**

19-CV-07266 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Pursuant to Rule 4(L) of the Court's Individual Practices, oral argument has been scheduled on the pending motion to dismiss. The oral argument will be held on 12/17/2020 at 2:00 p.m. at the United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York 10007.

      All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse. On the day you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

SO ORDERED:

Dated: New York, New York
       November 18, 2020

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge