UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER BASILE,

                Plaintiff,

v.

SHERRY WIGGS, WESTCHESTER COUNTY,
(OFFICE OF CHILD SUPPORT
ENFORCEMENT), and JOHN DOE (a fictitious
designation for a defendant to be identified),

                Defendants.
------------------------------------------------------------X

**ORDER**

19-CV-07266 (PMH)

PHILIP M. HALPERN, United States District Judge:

In light of the suspension of in-person operations effective today, 12/1/2020 (see Standing Order M-10-468-CM, 20-mc-00622), the oral argument scheduled for 12/17/2020 at 2:00 p.m. will be held remotely via video conference.

**At least one week prior to the scheduled oral argument, counsel shall contact the Southern District of New York Technology Department (212-805-0134) to coordinate video conference services.**

SO ORDERED:

Dated: New York, New York
       December 1, 2020

_____
Philip M. Halpern
United States District Judge