UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTOPHER BASILE,

                Plaintiff,

v.

SHERRY WIGGS, WESTCHESTER COUNTY,
(OFFICE OF CHILD SUPPORT
ENFORCEMENT), and JOHN DOE (a fictitious
designation for a defendant to be identified),

                Defendants.
-----------------------------------------------------------X

**ORDER**

19-CV-07266 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The oral argument scheduled for 12/17/2020 at 2:00 p.m. will be held remotely via video conference through Skype for Business.

      Counsel (and all individuals attending the oral argument) shall use the following link to access Skype for Business at the scheduled time:

[Join online meeting](https://meet.lync.com/fedcourts-nysd/shari_hochberg/2rw33vpv)

(https://meet.lync.com/fedcourts-nysd/shari_hochberg/2rw33vpv)

SO ORDERED:

Dated: New York, New York
       December 15, 2020

                                            _____
                                            Philip M. Halpern
                                            United States District Judge