UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTOPHER BASILE,

                Plaintiff,

v.

SHERRY WIGGS, WESTCHESTER COUNTY,
(OFFICE OF CHILD SUPPORT
ENFORCEMENT), and JOHN DOE (a fictitious
designation for a defendant to be identified),

                Defendants.
-----------------------------------------------------------X

**ORDER**

19-CV-07266 (PMH)

PHILIP M. HALPERN, United States District Judge:

        Counsel for all parties appeared via video conference at 2:00 p.m. today. Oral argument was had on the record.

        For the reasons indicated on the record and law cited therein, defendant Westchester County Office of Child Support Enforcement's (the "County") motion to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure (Doc. 41) is GRANTED. Because the Court lacks subject matter jurisdiction over this action pursuant to the *Rooker-Feldman* doctrine, it is dismissed in its entirety. Alternatively, the case is dismissed under the domestic-relations abstention doctrine. The County's remaining motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is moot. Further, Defendant Sherry Wiggs' crossclaim is dismissed as moot. See transcript.

        The Clerk of the Court is respectfully directed to terminate the pending motion (Doc. 41) and close this case.

SO ORDERED:

Dated: New York, New York
       December 17, 2020

                                              _____
                                              Philip M. Halpern
                                              United States District Judge