UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTOPHER BASILE,

                  Plaintiff,

-against-

SHERRY WIGGS, WESTCHESTER COUNTY,
(OFFICE OF CHILD SUPPORT
ENFORCEMENT), and JOHN DOE (a fictitious
designation for a defendant to be identified),

                  Defendants.
-----------------------------------------------------------X

19 CIVIL 7266 (PMH)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 17, 2020, defendant Westchester County Office of Child Support Enforcement's motion to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure is GRANTED. Because the Court lacks subject matter jurisdiction over this action pursuant to the Rooker-Feldman doctrine, it is dismissed in its entirety. Alternatively, the case is dismissed under the domestic-relations abstention doctrine. The County's remaining motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is moot. Further, Defendant Sherry Wiggs' crossclaim is dismissed as moot; accordingly, this case is closed.

**Dated:** New York, New York

       December 18, 2020

                                             **RUBY J. KRAJICK**
                                                  Clerk of Court
                           **BY:**

                                                    **Deputy Clerk**